**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7793**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DAVID GILBERT, a/k/a David Whitt, a/k/a Steve
Whitt,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CR-90-144, CA-97-422-5)

---

Submitted:  September 30, 1998      Decided:  October 14, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Gilbert, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE
UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Gilbert seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Gilbert, Nos. CR-90-144; CA-97-422-5 (S.D.W. Va. Oct. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED